THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Joel Green, Appellant.
 
 
 

Appeal From Colleton County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2006-UP-190
Submitted April 1, 2006  Filed April 10, 2006

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
 John Benjamin Aplin, S.C. Dept. of Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM: Joel Green appeals from the revocation of his probation, arguing the circuit court judge abused his discretion in revoking his ten-year suspended sentence. Greens counsel attached to the brief a petition to be relieved as counsel, stating he had reviewed the record and concluded Greens appeal lacks merit.  Green filed a separate pro se brief, in which he argues the circuit court lacked subject matter jurisdiction to accept his guilty plea.  After a thorough review of the record, Greens brief, and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Greens appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., ANDERSON, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.